Delmont Borough Annexation Case.

Argued April 13, 1970. *Henry A. Hudson, Jr.,* with him *Costello & Sny-*

*der,* for appellant; *Richard A. Zappala,* with him *Redlich, Cassol, Redlich & Morocco,* and *Zappala & Zappala,* for appellee.

The appeal is quashed.